UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
:
:
:
v.    :    Case No.: 1:24-CR-297-RC
:
:
:
TROY TERINO    :
_____:

## **<u>DEFENDANT TROY TERINO'S SENTENCING MEMORANDUM</u>**

COMES NOW, the Defendant, TROY TERINO, by and through his undersigned counsel, and files this his sentencing memorandum and in support states as follows:

<u>Introduction</u>

On Friday, December 6, 2024, the Defendant, will stand in judgment before this Honorable Court for those crimes he committed - and more importantly for those crimes for which he has accepted full responsibility for committing. The Defendant nor his counsel will minimize the negative effect the Defendant's criminal conduct, and more importantly the criminal conduct of his much more culpable charged and uncharged co-conspirators, have had and will continue to have on the United States, the Capital, the judicial system, state, and federal law enforcement agencies, his family, his friends, and himself.

The Defendant will stand before this Honorable Court with full remorse in his head and heart and complete accountability for what he has done. Sentencing will most certainly be a difficult day for the Defendant, his family, and his friends. However, sentencing is not meant to punish alone. The Defendant offers this sentencing memorandum in mitigation of his criminal conduct to assist this Honorable Court in fully assessing the Defendant so that it may reach a sentence that is sufficient but not greater than necessary under law.

The Defendant will allocute and when he does, he will blame only himself.

## I.     Presentence Investigation Report

The Defendant has no objections to the factual accuracy of the pre-sentence investigation report.

The Defendant has no objections to the legal accuracy of the pre-sentence investigation report.

<u>Sentencing Process</u>

To arrive at a sentence that is sufficient but not greater than necessary, and to comply with the purposes set forth in paragraph two of Title 18 United States Code Section 3553(a), the Court will look to the whole of the man and the whole of his crimes.

## II.     Reasonable Sentence

There is no doubt the Defendant committed criminal conduct. The Defendant has accepted responsibility by pleading guilty and demonstrating remorse. The Defendant knows, and most importantly accepts, that now is the time that he must be punished for his criminal actions.

But as this Honorable Court certainly knows better than anyone, a federal sentencing is not designed to punish alone. If so, there would be no need for a presentence investigation report, sentencing submissions by the parties and a sentencing hearing with argument, and an allocution. The Defendant, like all other federal defendants waiting to see how much of their lives will be taken from them at sentencing, is exactly the person for whom an individualized sentencing is designed. The Defendant is more than just his criminal actions in this case. The totality of the Defendant's life, not just his criminal actions, deserves to be heard and considered.

It is the Defendant's belief a sentence of imprisonment is unreasonable and thus greater than necessary under the law. The Defendant offers the following mitigation in support of his request.

### Personal and Family History

Troy's early years in Tampa, Florida, were marked by the warmth of a close-knit family. Born to Linda and James Terino, he had the privilege of a stable household with two parents and two older siblings. Troy's parents instilled strong

values, discipline, and a sense of responsibility. Regular church attendance, driven by his mother's religious fervor, became a cornerstone of their family life, shaping their worldview.

However, the idyllic childhood took a dramatic turn when, at age fifteen, Troy faced a life-altering dirt bike accident in which he hit a palm tree while traveling 65 miles per hour. Troy sustained severe, life-threatening injuries that required extended hospitalization, multiple surgeries, and rehabilitation, leaving Troy with a paralyzed right arm. This incident shattered Troy's dreams of playing high school and collegiate sports and became the catalyst for bitterness, propelling Troy into a spiral of opiate addiction and criminal involvement.

In 2013, Troy's life took another tumultuous turn when he crossed paths with Nicolette Mello. The relationship that ensued was marked by toxicity, with Nicolette exercising control through various forms of abuse. Nicolette engaged in instances of physical violence, emotional manipulation, and even legal battles, and her coercive tactics created a climate of fear that trapped Troy in a cycle of fear and dependency. Troy struggled to break free from this tumultuous relationship, with repeated attempts thwarted by legal complications initiated by Nicolette. Amidst all the turmoil and toxicity, the arrival of a son stands out as the singular beacon of joy and purpose in an otherwise tumultuous, destructive relationship. Troy's unwavering dedication to this son became a source of strength that allowed

Troy to navigate the storms of Nicolette's controlling and abusive behavior and to eventually liberate himself from her toxic grip.

A major turning point in Troy's life came approximately a decade after the dirt bike accident, with a religious revelation that reshaped his perspective. The transformative moment occurred as Troy was driving in Tampa, at which time he felt a profound sense of love and acceptance from a higher power. This spiritual awakening, though belated, provided him with a renewed perspective on life. After facing years of internal conflict, battling his own mistakes and seeking self-forgiveness for the dirt bike accident that changed his life, Troy underwent a positive transformation. He shifted his focus from his physical limitations and past failures to his eternal well-being.

Despite the positive shift, Troy's journey continued to be fraught with challenges, including the loss of his brother to cancer. This additional layer of grief and trauma further tested Troy's resilience, but his newfound faith played a crucial role in helping him navigate these trials.

Post-Nicolette, Troy emerged as a devoted father, awarded full custody of his son, with whom he shares a deep bond. Troy and his son engage in many activities together, such as riding four-wheelers, racing remote-control trucks, going to arcades and dog parks, and cooking meals. They find solace in their strong father-son connection. Troy's commitment to family and work has become

a redemptive force in his life, marking a stark contrast to the troubled chapters he had previously endured.

Analysis

Troy's narrative reveals the intricate interplay between external circumstances and personal choices and highlights the transformative power of pivotal moments in his life. The dirt bike accident served as a catalyst for a downward spiral. The subsequent descent into addiction and criminality reflects the profound impact of trauma on Troy's life choices.

Troy's relationship with Nicolette involved dynamics of power and control within an abusive partnership. Nicolette's coercive tactics, combined with legal manipulations, showcase the complexity of escaping such toxic environments. Troy's struggle to break free underscores the psychological and emotional toll of his abusive relationship.

Troy's religious revelation provides a psychological turning point, emphasizing the role of spirituality in coping with Troy's adversity. His journey from disbelief to profound connection with a higher power demonstrates the evolutionary potential of faith, offering him a renewed sense of purpose and perspective.

The loss of Troy's brother added more emotional complexity, showing the ongoing challenges in his life. Troy's coping mechanisms, particularly his reliance

on faith during this period, show the role of spirituality his life as a source of strength in times of grief and loss.

Ultimately, Troy's story is a story of resilience, redemption, and the ongoing pursuit of a meaningful life. He has established himself as a good and loving father, having sole custody of his son. If he were to be incarcerated, his son could end up being returned to Nicolette, where he would be emotionally and morally damaged, at the very least.

*Educational History*

Troy's educational journey took unexpected turns, starting with an uneventful elementary and middle school experience. His aspirations for a sports scholarship at Chamberlain High School were shattered by a life-altering dirt bike accident during his freshman year. The loss of the use of his right arm left him bitter, causing a decline in interest and focus on academics.

Troy was eventually enrolled at Gaither High School, where he was expelled after his involvement with Xanax pills. After the expulsion, Troy's parents surreptitiously arranged to send him to Diamond Ranch Academy in Utah. With no warning or notice to Troy, school administrators showed up at the Terino home one morning and took Troy to the Academy. The harsh conditions there posed challenges, but the self-paced academic component allowed Troy to complete two

years' worth of high school credits in eight months, earning his diploma at the age of 17.

Upon returning to Tampa, Troy enrolled at Hillsborough Community College to study business and science. Despite taking coursework for over two years and planning to transfer to the University of South Florida, he shifted gears, opting for a construction career over further academic pursuits.

Analysis

Troy's education reflects a series of significant challenges and transformations. The initial pursuit of a sports scholarship was abruptly halted by a debilitating accident, leading to a period of disinterest and bitterness towards academics. Expulsion from Gaither high school further complicated his journey.

Diamond Ranch Academy in Utah marked a turning point, where the unconventional program, despite harsh conditions, provided an environment for academic growth. Troy's determination allowed him to accelerate his studies and eventually earn a high school diploma.

Transitioning to Hillsborough Community College, Troy initially aimed for a transfer to the University of South Florida but eventually shifted gears towards a construction career. This shift highlights his adaptability and pragmatic approach to crafting a future beyond traditional academic pathways.

Overall, Troy's story shows his ability to overcome adversity and to pursue alternative educational routes. Troy was able to pivot towards practical career choices in the face of changing circumstances. Despite the setbacks he faced, Troy managed to find a path that aligned with his interests and circumstances.

*Work History*

Troy's employment history began as a teenager, when he engaged in tree work and yard work to earn money. Unfortunately, his dirt bike accident led him down a destructive path, and he resorted to selling drugs for income. However, a significant turning point occurred with Troy's religious conversion, leading him to join his father's construction business, T-3 Construction, around 2013. Troy has not only worked for the company but has become a driving force in its success.

In the last four years, Troy has transitioned from an employee to effectively running T-3 Construction, assuming the role of owner. Remarkably, he has propelled the company's growth by over 300%, transforming it into a stable workplace for multiple families. Troy values his father's insights, drawing on the wealth of experience, while also showcasing his own innovative thinking to push the business beyond its conventional boundaries.

Currently, T-3 Construction is not just a business but a source of livelihood for eight families, including Troy's own, highlighting its vital role in sustaining entire households. The company's impact stretches even further, affecting at least

10 additional families who rely on the stability provided by Troy's leadership. The potential incarceration of Troy could jeopardize the livelihoods of these families, which shows his important role in the community.

<u>Analysis</u>

Troy's employment history started with manual labor in his youth, then it took a troubling turn with involvement in illegal activities after a life-altering accident. His redemption and reintegration into the workforce occurred through his association with T-3 Construction, where he not only found employment but rose to a position of leadership and authority.

The transformation of T-3 Construction under Troy's leadership is remarkable, evident in the substantial growth achieved over the past four years. His ability to blend traditional wisdom from his father with a forward-thinking approach has contributed to the company's success. This combination has not only sustained existing jobs but created additional employment opportunities, fostering a positive impact on multiple families.

The potential consequences of Troy's incarceration extend beyond personal implications. The livelihoods of eight families directly tied to T-3 Construction, and an additional 10 families indirectly reliant on the business, hang in the balance.

*Physical Health*

Troy is in good health today, and he leads a full and active life. But when he was 15 years old, Troy was involved in a traumatic dirt bike accident in which he collided head-on with a palm tree while traveling at 60 miles per hour or greater. The impact was profound. His skull was nearly circumscribed by cracks, his right cheekbone was crushed inward by about two inches, his left cheekbone was shattered, and a significant portion of his jaw was severed and lodged in the back of his throat. The aftermath was a mosaic of injuries that demanded immediate and extensive medical treatment.

Prompt surgical intervention became a lifeline for Troy, with procedures encompassing nerve transplants and grafts, and drastic efforts aimed at reconstructing the intricate framework of his face. The road to recovery was difficult, marked by extensive rehabilitation sessions that tested Troy's strength and resilience. Despite the medical marvels, the accident left an enduring mark on Troy's physical well-being. His right arm, once a symbol of strength and mobility that would earn him sports scholarships and perhaps a career in basketball, now bears the weight of paralysis as a lasting consequence of that ill-fated day.

Analysis

In examining Troy's current physical health, it is evident that he has made a remarkable recovery from the dirt bike accident. Today, he enjoys good overall health, devoid of medication and serious health concerns. The absence of ongoing

medical issues highlights the efficacy of the intricate surgical procedures and rehabilitation he underwent in the aftermath of his accident.

The enduring impact of the accident is discernible in the paralysis of Troy's right arm. While the rest of his body has rebounded admirably, this lingering consequence serves as a reminder to Troy of the fragility of physical well-being. The nerve transplants and grafting procedures, while successful in many aspects, could not restore the functionality of Troy's right arm.

Troy's medical odyssey reflects the miracle of a human body overcoming severe trauma. Troy's positive state of health today is a testament to both his personal determination and the advancements in medical science that played a pivotal role in his recovery. While Troy recognizes the role of medicine in his survival and recovery, he gives all credit to God for bringing him through his ordeal.

*Mental Health*

At age 15, Troy's dirt bike accident and the ensuing chaos, including the very toxic relationship with Nicolette, could have led to emotional distress, but no formal mental health diagnosis was made at the time. Despite experiencing severe trauma, Troy has not sought mental health treatment.

At 21, facing legal issues, he turned to Celexa (an SSRI antidepressant) for nine months after realizing the toll his fast-paced lifestyle and occasional

methamphetamine usage had taken on his mental well-being. This intervention indicates that Troy takes a proactive approach to addressing mental health concerns during challenging times.

Approximately a decade ago, Troy's involuntary commitment under the Baker Act, triggered by intoxication and a friend's call for assistance, highlights an instance where external intervention was deemed necessary.

Troy has never reported suicidal ideations. His reluctance to seek ongoing treatment stems from his belief that his relationship with God provides strength and peace sufficient for maintaining mental health.

<u>Analysis</u>

Troy's mental health history reflects a mixture of resilience, acknowledgement of challenges, and instances where external support was sought. The role of spirituality as Troy's primary coping mechanism must be respected, although ongoing observation and evaluation of his mental health needs and coping strategies can ensure a holistic approach to well-being.

*Alcohol and Drug Addiction and Other Addictions*

Troy faced severe challenges after his dirt bike accident at 15, leading to a reliance on prescription drugs for pain. The cycle of pain and medication triggered substance abuse and addiction, starting with painkillers and escalating to marijuana, cocaine, mushrooms, amphetamines, methamphetamine, and heroin.

Troy's journey into addiction was intertwined with his struggle to comprehend why God would allow him to be involved in such a terrible accident that deprived him of the use of his right arm. The bitterness stemming from this profound question fueled his descent into drug use. As he grappled with the pain and paralysis, drugs became a means to numb not only his physical pain but also the emotional turmoil he experienced. His search for answers led him to experiment with various drugs.

Troy also battled a sexual addiction, viewing it as another coping mechanism linked to his unhealed past. The connection between his substance and sexual additions lies in his attempt to fill the void left by the unanswered question of why he suffered such a life-altering accident. The intertwining of physical, emotional, and spiritual struggles drove Troy to self-destructive behaviors.

Today, Troy is sober, and he intends to remain sober, using any resources that are necessary to do so. He no longer relies on sex and drugs and instead relies on his faith in God to sustain him.

## Analysis

Troy's addictions served as a misguided attempt to find solace and understanding in the face of his physical disability and unanswered existential questions. The exploration of various substances and engagement in sexual

addiction reflected his ongoing struggle to cope with the trauma of his accident. The link between his unresolved past, disordered emotions, and the snowball effect on his well-being is evident. Troy's successful completion of treatment programs and his commitment to sobriety signal positive change, with Troy attributing his recovery to addressing underlying issues. His transformation and rejection of the addict identity highlight personal growth and commitment to maintaining a healthier lifestyle.

*Personal Accomplishments and Future Plans*

Troy values his son, his family, his business, his coworkers, and his church. The source of his strength in all areas of life is his relationship with God. He strives to be the best father he can be both day in and day out. He hopes to meet the right woman to continue building his family with. He seeks a woman who can be the kind of mother his son deserves.

Troy's proudest accomplishment is winning sole custody of his son and being a great father. He is also proud of having taken over and grown his father's company, which has created the means for multiple families to earning their living. Troy enjoys mentoring and encouraging people from all walks of life as they come across his path from day to day. Troy sees his personal strengths as creativity, consistency, determination, industriousness, commitment, love, gratitude, loyalty, integrity, and honesty.

15

## III. Sentencing Position

The issue therefore before this Honorable Court is whether an imprisonment sentence is sufficient but not greater than necessary to comply with the law. The Defendant respectfully suggests an imprisonment sentence is greater than necessary to comply with the law and therefore is not reasonable.

## IV. Requests for Judicial Recommendations

The Defendant understands judicial recommendations are just that – mere judicial recommendations.[1] The Defendant understands there is no guarantee that a judicial recommendation will result in action. However, relevant law and prison policy state more weight is given to a judicial recommendation if there is a factual basis on the record for the judicial recommendation.[2] The Defendant therefore makes the following request for a judicial recommendation and in support offers a supporting factual basis.

---

[2] The Bureau of Prisons welcomes judicial recommendations and, by statute and its own policy, is required to consider them. *See* 18 U.S.C. Section 3621 and Program Statement 5100.08, "Inmate Security Designation and Custody Classification". Pursuant to the above statute, the Bureau of Prisons is required to consider the type of offense, the length of sentence, the defendant's age, the defendant's release residence, the need for medical or other special treatment, any placement recommendation made by the court, and all guidance issued by the United States Sentencing Guidelines. Therefore, while the Bureau of Prisons has the sole authority to designate the place of confinement for federal prisoners, if a defendant's judgment and conviction indicates the district court's preference for housing the inmate within a specific institution, geographic area, or specialized program, it must be considered, and every effort will be made to fulfill the district court's recommendation request should there be reasons on the record to support the request.

16

A.     Prison Location

Should the Defendant be sentenced to term of imprisonment, the Defendant requests a recommendation of the federal prison camp and a facility as close to Tampa, Florida as possible.

One of the professed goals of incarceration is rehabilitation. Frequent family visits will allow the Defendant a better opportunity to successfully matriculate through his imposed prison sentence. Frequent visits will also provide short-term and long-term benefits to the Defendant and to the community to which he will ultimately return.

As a factual basis for this recommendation, the Defendant's family and friends reside in Tampa, Florida. Should this Court impose prison, the Defendant respectfully requests a prison location as close to the Tampa, Florida as possible.

## <u>CONCLUSION</u>

WHEREFORE, the Defendant, TROY TERINO, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
T:     (813) 228-6989
E:     mjo@markjobrien.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on November 27, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
